Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Jacksonville Division

J.C. Mattvv El
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Department of Corrections
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 3:23-cv-903-TJC-LLL
(to be filled in by the Clerk's Office)

FILED 2023 AUG -2 PM 1:52
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FL

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I.  **The Parties to This Complaint**

  A.  **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: J.C. Makkuv El
  All other names by which you have been known: Jason Carthy McGhee Jr
  ID Number: N/A
  Current Institution: Pretrial Detention Facility
  Address: 501 East Adams Street
  Jacksonville    FLA    32202
  *City*    *State*    *Zip Code*

  B.  **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: Department of Corrections
  Job or Title *(if known)*: Gov Agency
  Shield Number: N/A
  Employer: Unknown
  Address: 501 S. Calhoun Street
  Tallahassee    FLA    32399
  *City*    *State*    *Zip Code*
  ☐ Individual capacity   ☐ Official capacity

  Defendant No. 2
  Name: A. Harding
  Job or Title *(if known)*: Officer Personnel
  Shield Number: Failed to provide
  Employer: Department of Corrections
  Address: 501 East Bay Street
  Jacksonville    FLA    32202
  *City*    *State*    *Zip Code*
  ☑ Individual capacity   ☑ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
- Name: TK Waters
- Job or Title (if known): Sheriff
- Shield Number: Unknown
- Employer: Jacksonville Sheriffs Office / DOC
- Address: 501 East Bay Street
- City: Jacksonville    State: FLA    Zip Code: 32202

☐ Individual capacity    ☑ Official capacity

Defendant No. 4
- Name: Officer Segurro
- Job or Title (if known): Correctional Officer
- Shield Number: refuse to provide
- Employer: Department of Corrections / JSO
- Address: 501 East Bay Street
- City: Jacksonville    State: FLA    Zip Code: 32202

☑ Individual capacity    ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment Cruel and unusual punishment

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

    B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pretrial Detention Facility 6E3A; Pretrial Detention Facility 2W2A; Pretrial Detention Facility 2W2B

C. What date and approximate time did the events giving rise to your claim(s) occur?

(May 31, 2023) 9:50 pm; (July 21, 2023) 7:30 pm; (July 25, 2023) 10:00 am;

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1) I was sprayed, tased, beaten then Dragged back and forth.
2) A. Harding sprayed, slammed and dragged me. Ofc Seguro repeatedly bashed my head into the ground with his fist. Several officers and SRGT's were involved.
3) Brandon Bonilla, Treshawn Miller, William Jones and countless inmates.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Several cuts and bruises on my wrist. Head swellings and migraine. Back injury and nerve damage. No medical treatment, only blood pressure check.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff respectfully pray that this court enter judgment 1) granting Plaintiff a declaration that the acts and omissions described herein violates his rights under the Constitution and the laws of the United States. 2) A preliminary and permanent injunction ordering defendants Seguro, Harding and DOC Personnel to cease their physical violence and threats toward Plaintiff, and see attached

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Pretrial Detention Facility*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? DOJ "Department of Justice"
1) Internal Affairs 2) County Clerk of Courts "Fourth" 3) District Court Jacksonville Division 4) Public Defender 5) Chief of Jail 6) Medical Staff & Documents 7) U.S. Internal Affairs

2. What did you claim in your grievance?
I was and am in fear for my life, Staff members are targeting me and continue to threaten harm against me. I am in iminent danger by DOC Personnel

3. What was the result, if any?
No response. JSO internal affairs filed grievance in records.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
Grievance Completed by no response and continuous Grievances are filed. Repeated Communication to SRGT's and L.T.'s

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when, and how, and their response, if any: 6th Floor SGT and L.T. on Gold Squad 2nd Floor SGT and L.T.; Chief of Jail designee JSO and U.S. Internal Affairs L.T.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Continue to inform Courts and JSO Personnel and Public Defenders Office the danger and potential danger to come.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) J.C. Makkuv El
   Defendant(s) Department of Corrections

2. Court *(if federal court, name the district; if state court, name the county and State)*
   District Court Middle, Jacksonville Division

3. Docket or index number
   3:23-CV-578-BJD-JBT

4. Name of Judge assigned to your case
   Brian J. Davis

5. Approximate date of filing lawsuit
   5/12/2023

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition.  5/31/23

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Case Dismissed. Not in favor of Plaintiff. Case Appealed

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit
       Plaintiff(s) _____
       Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

    3. Docket or index number

    4. Name of Judge assigned to your case

    5. Approximate date of filing lawsuit

    6. Is the case still pending?
       ☐ Yes
       ☐ No
       If no, give the approximate date of disposition _____

    7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-26-23

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: J.C. Makkiw El
Prison Identification #:
Prison Address: 500 East Adams Street, Jacksonville, FLA 32202

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address:

Part II                                                    PG 1 of 7

4.A  During the months between April and July 2023 I've sent several complaints and pleadings to the Office of T.K. Waters, warning that I am targeted by his officers and in imminent danger of bodily harm. No Intervenor or investigator took heed to these claims and as a result I was severally beaten several times by different officers. Beaten and drug from my cell on May 31, 2023; Beaten, sprayed, slammed and dragged on July 21, 2023; Beaten, tazed and dragged on July 24, 2023. There is a history of abuse by the Department of Corrections / JSO personnel and the Supervisor T.K. Waters was put on notice several times including July 17, 2023 to correct this deprivation of rights and prevent it.

4.B  Officer A. Harding acted under color of state law using excessive force against a nonviolent detainee after the situation was brought to an end, July 21, 2023

4.C  Department of Corrections has a policy or rule in which any order the detainees or inmates fail to follow then personnel may use standard issue mace and force for compliance. This rule is colorable for it violates rights and caused

PG 2 of 7

me personal injury numerous times.

40) Officer Segurro acted under color of local law by deliberately and repeatedly bashing my head with his fist muttering countless racial slurs and prejudice words toward my religion of Islam. Then threatening to kill me after I never showed or displayed violent behavior nor was I a security threat. July 25, 2023

IV. Statement of Claim

1. Defendant Segurro used excessive force on July 25, 2023 against Plaintiff Makkuv El by repeatedly punching him in the face when Makkuv El was not violating any prison rule and was not acting disruptively in 2W2B. Prior to this incident on July 21, 2023 Defendant charged me again and began punching me and kneeing me in the back while screaming verbal threats and profanity. Several officers were involved which includes Ofc de la Cruz Jr and Defendant A. Harding. Defendant Segurro's action violated Plaintiff Makkuv El's rights under the Eight Amendment to the United States Constitution, and caused Plaintiff Makkuv El pain, suffering,

PG 3 of 7

physical injury and emotional distress.

2. Defendant Harding used excessive force on July 21, 2023 against Plaintiff Makkuv EL by repeatedly slamming him against the floor then, after being seated, spraying mace into my eyes and slamming EL again, then dragging Plaintiff on the ground. Plaintiff was not violating any prison rule and was not acting disruptively in 2W2A, only stating that he was brought in a wheelchair to this cell and possess a KOP for a wheelchair.

3. Defendant T.K. Waters is Sheriff of Jacksonville Sheriffs office and is responsible for the welfare of all inmates of the Pretrial Detention Facility in custody. Defendant recieve several notices of the officers history of ill treatment and brutality toward Plaintiff and failed to act reasonably and investigate the issue. Violating Plaintiffs rights.

4. Defendant Department of Corrections policy of force and use of standard issue weapons against non aggressive detainees when not acting disruptively violates the rights secured under the Eighth Amendment to the United States Constitution causing Plaintiff pain, suffering, physical injury and emotional distress.

PG 4 of 7

5. Several witnesses were present on each occassion and are unable to be identified by name but a short description and cell # shall suffice:

A. 2W2A Cell 33; Black Male, Dreadlocks long, Gold teeth bottom, medium build.

B. 2W2A Boat bed William Jones

C. 2W2A Cell 34; Black Male light complexion, medium afro, tatoos cover torso, arms and neck.

D. 2W2A Cell 25; White Male, blonde hair, 6'4, Slim build, blonde beard

E. 6E3A Brandon Bonilla

F. 6E3A Treyshaun Miller

G. 2W2A Cell 32; Black Male, Small afro, Dark Complexion, Slim build, 5'11

VI. Prayer for Relief
WHEREFORE, Plaintiff respectfully pray that this Court enter Judgment:

PG 5 of 7

3) Granting Plaintiff Makkuv El compensatory damages in the amount of $50,000 against each defendant jointly and severally.

4) Granting Plaintiff Makkuv El punitive damages in the amount of $50,000.

5) Plaintiff also seeks a jury trial on all issues triable by a jury.

Any additional relief this court deems just, proper and equitable.

Plaintiff Makkuv El has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which Plaintiff seeks.

Dated: July 26, 2023

Respectfully Submitted,
J.C. Makkuv El - 2020012283
Pretrial Detention Facility
500 East Adams Street
Jacksonville Florida 32202

## Verification     PG 6 of 7

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct

Executed at Duval County Jax, Florida on July 26, 2023

J.C. Makkuv El

Memorandum of Law                                    PG 7 of 7

1) Causal Connection between Supervisors neglect to prevent the history of abuse and officers brutality against Plaintiff. See id.; Cottone, 326 F. 3d at 1360.

2) Custom or policy that constituted deliberate indifference to a constitutional right. Moody v. City of Delray Bch., 609 F. App'x 966, 967 (11th Cir. 2015) (citing McDowell v. Brown, 392 F. 3d 1283, 1290 (11th Cir 2004) Policy of Spraying and taizing nonviolent and non disruptive detainees for not following verbal orders.

3) The right to not be compelled to perform under any contract not entered into knowingly, willingly and voluntarily. Art I Sec 10 United States Constitution.; "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." [Miranda v. Arizona, 384 U.S. 436, 491] Plaintiff never agreed and denies any such agreement which would bind performance of the local practices of this institution. "Every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowman without his consent. Cruden v. Neale, 2 N.C. 338 May Term 1796.]