**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JASON CARTHY MCGHEE, JR.
also known as J.C. Makkuv El,

        Plaintiff,

v.                                              Case No. 3:23-cv-903-WWB-LLL

DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, a former resident at the Florida State Hospital, initiated this action on August 2, 2023, by filing a pro se Complaint for Violation of Civil Rights (Doc. 1). On December 13, 2023, the Court directed Plaintiff to file an amended complaint by January 12, 2024. (*See* Doc. 9). On January 8, 2024, Plaintiff filed a notice of change of address (Doc. 11) but did not file an amended complaint or request additional time within which to do so.

Therefore, the Court directed Plaintiff to show cause, by March 8, 2024, why the case should not be dismissed for failure to comply or otherwise prosecute the case. (*See* Doc. 14) (citing M.D. Fla. R. 3.10)). The Court advised Plaintiff that his failure to timely comply may result in the dismissal of this case without further notice or proceedings. As of the date of this Order, Plaintiff has not complied with the Court's Orders (Doc. Nos. 9, 14), nor has he requested additional time in which to do so. On February 22, 2023, the Order to Show Cause (Doc. 14) was returned to the Court as undeliverable. The

enveloped was marked "Not Deliverable as Addressed Unable to Forward." (*See* Doc. S-16). Plaintiff has failed to advise the Court of his current address.

Based on Plaintiff's failure to respond to this Court's Orders, file an amended complaint, and to keep the Court apprised of his mailing address, the undersigned concludes that Plaintiff has failed to prosecute this action. Therefore, pursuant to Rule 41(b) and Local Rule 3.10, dismissal of this action without prejudice is appropriate. *See Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006).

Accordingly, it is now **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice** for Plaintiff's lack of prosecution.
2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on March 15, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

caw 3/14
c:
Jason Carthy McGhee, Jr., #2020012283

2